■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERETT MCCREEDY, Appellant.—Judgment, Supreme Court, New York County, rendered on May 16, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sullivan, J. P., Ross, Markewich, Yesawich and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GONZALEZ, Also Known as JOHN GONZALO, Also Known as BRAND URIBE, True Name, JOHN BRAND, Appellant.—Judgment, Supreme Court, New York County, rendered on June 14, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Markewich, Yesawich and Carro, JJ.

■ In the Matter of SAMUEL STONE, an Attorney.—Determination of petition of the Departmental Disciplinary Committee held in abeyance, a reference ordered and pending receipt of Referee's report, respondent is suspended from practice as an attorney and counselor at law effective as of the date of this court's order, all as indicated therein. Concur—Murphy, P. J., Birns, Sullivan, Ross and Carro, JJ.

■ In the Matter of CHARLES SORKIN, an Attorney.—Determination of petition of the Departmental Disciplinary Committee held in abeyance, a reference ordered and pending receipt of Referee's report, respondent is suspended from practice as an attorney and counselor at law effective as of the date of this court's order, all as indicated therein. Concur—Kupferman, J. P., Sullivan, Ross, Lupiano and Carro, JJ.

(October 7, 1980)

■ KATHARINE S. J. LAW, Appellant, v LOUIS L. FRIEDMAN et al., Respondents.—Judgment, Supreme Court, New York County, entered on March 4, 1980, unanimously affirmed, for reasons stated by A. R. Tyler, J., at Trial Term, without costs and without disbursements. Concur—Sullivan, J. P., Ross, Markewich, Yesawich and Carro, JJ.

■ PAUL KAUFMAN, Appellant, v POLLYANN KAUFMAN, Respondent.— Order, Supreme Court, New York County, entered on March 19, 1980, unanimously modified, in the exercise of discretion, to reduce child support to $100 per week per child, and otherwise affirmed, without costs and without disbursements. We deem the amount awarded at Special Term to be excessive to the extent indicated. Concur—Sullivan, J. P., Ross, Markewich, Yesawich and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE RODRIGUEZ, Appellant.—Judgment of resentence, Supreme Court, Bronx County, rendered on October 11, 1979, unanimously affirmed. No opinion. Concur—Ross, J. P., Markewich, Silverman, Bloom and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE PEREZ, Appellant.—Judgment of resentence, Supreme Court, Bronx County, rendered on November 14, 1979, unanimously affirmed. No opinion. Concur—Ross, J. P., Markewich, Silverman, Bloom and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES